USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARKIE BROWN,

                Plaintiff,

-against-

COURT OFFICERS DANIELLE CLEMENS SMITH and JAMAL PAGE, and FOUR JANE DOES, and THE CITY OF NEW YORK,

                Defendants.

13 Civ. 4694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 3, 2013, Plaintiff, Markie Brown, filed a complaint against Defendants alleging civil rights violations under 42 U.S.C. § 1983. On February 19, 2014, this Court referred the matter to Magistrate Judge Michael H. Dolinger to handle general pre-trial matters. On September 11, 2014, Judge Dolinger issued a Report and Recommendation ("R & R"), proposing that Plaintiff's complaint be dismissed without prejudice for failure to serve Defendants within 120 after filing the complaint and failure to prosecute pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

    Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, No. 11 Civ. 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court's review finds no clear error, and accordingly, the Court ADOPTS Magistrate Judge Dolinger's R & R in its entirety.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: September 30, 2014
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge